IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02313-WYD-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$216,066.38 IN UNITED STATES CURRENCY,

       Defendant.

## DEFAULT AND FINAL ORDER OF FORFEITURE

       THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

       THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. §981;

       THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

       THAT after notice, there have been no Claims or Answers filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

       THAT Entry of Default was entered by the Clerk on January 5, 2010;

       THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the

seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981; and

THAT the Clerk of Court shall be directed to enter Judgment as to defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Motion for Default and Final Order of Forfeiture is **GRANTED**;

THAT default and forfeiture of defendant property, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property.

Dated this 20th day of January, 2010.

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel  
                                                  WILEY Y. DANIEL,  
                                                  CHIEF UNITED STATES DISTRICT JUDGE